UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>                Plaintiff,<br>   v.<br><br>WARNER MUSIC GROUP et al.,<br><br>                Defendants. | CASE NO. 2:23-cv-01424-TL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.[1] Dkt. No. 4.

(2) Plaintiff's Motion to Proceed IFP (Dkt. No. 1) is DENIED. Plaintiff shall pay the full filing fee of $402.00 within **thirty (30) days** of the date of this Order. If the filing fee is not paid, this case will be administratively closed.

---

[1] The Court need not provide Plaintiff an opportunity to object to a "magistrate judge's recommendation that [an] application to proceed in forma pauperis be denied." *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998), *as amended* (Sept. 9, 1998).

(3) The Clerk shall file the complaint only on timely receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is DIRECTED to close the file.

(4) The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Vaughan.

Dated this 29th day of September 2023.

Tana Lin
United States District Judge